UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

PAUL E. BATES, an individual, and )
COCONUT COVE RESORT & )
MARINA, INC., a Florida Corporation, )
                                                ) **Civil Case Number: 4:13-cv-10121-JEM**
        Plaintiffs, )
                                                )
v. )
                                                )
ISLAMORADA, VILLAGE OF )
ISLANDS, et al )
                                                )
        Defendants. )
_____)

## **NOTICE OF 90 DAYS EXPIRING**

Plaintiff PAUL E. BATES, by and through his undersigned counsel, hereby gives notice that ninety (90) days have expired with regard to the following:

1.    Plaintiff BATES' Motion to Dismiss Defendant ISLAMORADA, VILLAGE OF ISLANDS' Counterclaims (DE 47) served and filed on October 16, 2013, which was responded to by Defendant VILLAGE in Counter-Plaintiff ISLAMORADA, VILLAGE OF ISLANDS' Response in Opposition to Motion to Dismiss served and filed on November 8, 2013 (DE 54).

2.    Plaintiff also gives notice of ninety (90) days expiring, although not the movant, of Defendant ALBERTSON's Motion to Dismiss Amended Complaint which was served and filed on September 30, 2013 (DE 42).

3.    Plaintiffs PAUL E. BATES and COCONUT COVE RESORT & MARINA, INC. served and filed their Response in Opposition to Defendant GERALD ALBERTSON's Motion to Dismiss Amended Complaint and Memorandum of Law on November 1, 2013 (DE 51).

4. On November 15, 2013, Defendant ALBERTSON served and filed his Reply in Support of Motion to Dismiss Amended Complaint (DE 56).

The foregoing motions have been pending and fully briefed with no hearing set thereon for a period of more than ninety (90) days.

    Respectfully submitted,

    THE SILVER LAW GROUP, P.A.
    *Counsel for Plaintiffs*
    P.O. Box 710
    Islamorada, FL  33036
    (305) 664-3363   Telephone
    (305) 664-3365   Fax
    psilver@silverlawgroup.com
    jannesser@silverlawgroup.com

    By: /s/ JOHN W. ANNESSER
        John W. Annesser, Esq.
        Fla. Bar No. 098233

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

    /s/ JOHN W. ANNESSER

## SERVICE LIST

**Attorney for Defendants**
**Islamorada, Village of Islands and**
**Gerald Albertson**
Jeffrey L. Hochman, Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
Hochman@jambg.com

**Attorney for Defendant**
**Florida Keys Electric Cooperative Association, Inc.**
Robert E. Geisler, Esq.
MARLOW, CONNELL, ABRAMS, ADLER,
NEWMAN & LEWIS
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, FL 33146
Tel: (305) 446-0500
Fax: (305) 446-3667
rgeisler@marlowadler.com
mramos@marlowadler.com